United States District Court
Southern District of Texas
**ENTERED**
December 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: RODNEY TOW,<br><br>APPELLANT | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:16-CV-1818<br>§<br>§<br>§<br>§ |

## MEMORANDUM AND ORDER

This bankruptcy appeal began with the withdrawal of an application for fees by a law firm that the bankruptcy trustee had retained. This Court invited the Trustee and the firm to refile the withdrawn application, but they decided not to. Because neither the Trustee nor the firm is seeking payment of those fees, this Court does not have before it a cognizable appeal.

Accordingly, this case is **DISMISSED**.

**IT IS SO ORDERED**.

SIGNED this 22nd day of December, 2016.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1 / 1